```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,

- against -

IGNITE INTERNATIONAL BRANDS, LTD., PAUL BILZERIAN, PAUL DOWDALL, SCOTT ROHLEDER, JOHN SCHAEFER, INTERNATIONAL INVESTMENTS, LTD., ACCELL AUDIT & COMPLIANCE, PA, AND CHRISTOPHER HIESTAND,

              Defendants.

**24 Civ. 7331 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    A Complaint in the above-captioned matter was filed on September 30, 2024. (See Dkt. No. 6.) On December 20, 2024, the Court entered final consent judgments against Defendants Christopher Hiestand and Accell Audit & Compliance, PA. (See Dkt. Nos. 24, 25.) The remaining Defendants filed answers to the Complaint. (See Dkt. Nos. 41-43, 45, 47, 50.)

    Accordingly, the parties are hereby directed to submit a joint letter, within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The

parties are also directed to submit a completed Case Management Plan that provides that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:   8 August 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.