

Admitted:
New York
New Jersey
Pennsylvania
U.S. Virgin Islands
Dist. Ct. Puerto Rico

**Daniel Cevallos, Esquire**
60 Broad Street, Suite 2900
New York, NY 10004
P: 917.699.5008
www.CevallosWong.com
Danny@CevallosWong.com

August 11, 2025

*Via ECF*
Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re: *SEC v. Ignite International Brands, Ltd., et. al*, Case No. 1:24-cv-07331-VM
          Request to Schedule Initial Conference

Dear Judge Marrero:

     I represent defendants Scott Rohleder and International Investments, Ltd., in the above-referenced civil action. I also write with the consent of remaining defendants Ignite International Brands, Ltd., Paul Dowdall, and John Schaefer, who are represented by Dickinson Wright PLLC through attorneys David Becker, Jacob Frenkel and Brooks Westergard; and Paul Bilzarian, appearing *pro se*.

     On August 1, 2025, the defendants wrote jointly to Attorney Charles Canter of the Los Angeles Regional Office of the Securities and Exchange Commission ("SEC") and who is lead counsel for Plaintiff-SEC. The defendants asked Mr. Canter to meet-and-confer pursuant to Fed.R.Civ.P. 26(f) and Judge Marrero's *Individual Practices* IV.A.1 to develop and present to the Court a proposed Case Management Plan ("CMP") consistent with undersigned counsel's familiarity with this Court's protocols. Mr. Canter agreed to the meet-and-confer, and on August 8, 2025, at 1:00 p.m., the parties met-and-conferred via Zoom. At the meet-and-confer, the parties all agreed to work together to move forward the case expeditiously, in fact agreeing on August 29, 2025 as the due date for Initial Disclosures. We discussed, *inter alia*, discovery, initial disclosures, and each of the listed requirements (1-10) on this Court's standard form CMP.

     Coincidentally, just a few hours after our meet-and-confer on August 8, 2025, at 5:21 p.m., the Court issued its Order[1] [ECF No. 52] directing, *inter alia*, the parties to submit a joint letter and CMP, a process already initiated by defendants. Counsel are already circulating that draft CMP and finalizing it with Plaintiff's counsel. We are optimistic that we can submit that finalized CMP by early in the week of August 11, 2025, and the balance of the ordered information by August 29, 2025 with a view towards actively moving this case on the Court's Docket. Accordingly, the **defendants *respectfully* request that this Honorable Court schedule the initial conference**

---

[1] Docket Text: "ORDER:…the parties are hereby directed to submit a joint letter, within thirty…days of the date of this Order, addressing the following… (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed [CMP] that provides that discovery is to be completed within four months unless otherwise permitted by the Court…SO ORDERED. (Signed by Judge Victor Marrero on 8/8/2025) (jca)."

**with the parties at the earliest available date**. The defense respectfully submits below counsel's upcoming unavailable/conflict dates to facilitate scheduling.[2]

By:_____
Daniel L. Cevallos, Esq.
*Attorney for Scott Rohleder and International Investments, Ltd.*

### Affirmation of Service

The undersigned hereby affirms that on the below date, he e-filed the foregoing via ECF, which will send a notice of electronic filing ("NEF") to all counsel/parties of record who have appeared or registered for ECF / PACER, and by e-mail to pro se parties who have not yet been able to obtain SDNY ECF access.

Dated: August 11, 2025

By:_____
Daniel L. Cevallos, Esq.

---

[2] Counsel has reached out to other counsel and *respectfully* submits the following upcoming unavailable dates in August for an initial conference -- August 14, 15, 25, 26, 29.