PAUL A BILZERIAN
P.O. Box 2086
Basseterre, St. Kitts
858 Zenway Blvd
Frigate Bay, St. Kitts
(869) 466-8000

September 2, 2025

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

   Re: *SEC v. Ignite International Brands, Ltd., et. al*, Case No. 1:24-cv-07331-VM
   Joint Letter per 8/8/2025 Order of Court (ECF # 52)

Dear Judge Marrero:

I am a defendant in the above-referenced case. I am a citizen of St. Kitts. I renounced my US citizenship in 2019 and have not returned to the United States since. Although I applied for a visa to enter the United States in January this year my application has not been granted. I am representing myself *pro se*, as I have in many other federal courts over the past four decades. However, unlike all the other cases in all the other district and appellate courts where I have represented myself, the Clerk of Court for the Southern District of New York has essentially ignored my several efforts to be an ECF filer in your court. I am very sorry to have to bother you with this minor administrative detail, but it appears without your intervention I will not receive court filings nor will I be able to timely file documents with the Court. Mail to St. Kitts from the United States can take years to be delivered.

I filed the attached Motion for Permission for Electronic Case Filing with the Clerk on July 9, 2025, together with the attached email. The Clerk's Office provided me with the attached automated receipt. On July 14, 2025, I filed the attached Consent to Electronic Service. The Clerk's Office provided me with the attached automated receipt.

On July 21, 2025, I sent the Clerk's Office the attached email explaining that I had submitted my Motion for Permission for Electronic Case Filing on July 9, 2025 and my Consent to Electronic Service on July 14, 2025, but had yet to receive a substantive response to either. I also stated that I had spent one hour and eighteen minutes trying to reach the Clerk's Office by telephone and had never had any call answered and there was no opportunity to leave a message. I have yet to receive a response to my July 21, 2025, email.

I would be grateful for any assistance you might provide so I can fully participate in the case before you.

Respectfully,

Paul a Bilzerian

SEC vs Ignite International Brands, Ltd., et al, Case No. 1:24-cv-07331

From:   Paul Bilzerian (pabilzeria@aol.com)

To:     prose@nysd.uscourts.gov

Date:   Wednesday, July 9, 2025 at 04:06 PM GMT-4

Dear Sir or Madam,

I am a pro se defendant in the above referenced case.  I have attached my Motion for Permission for Electronic Case Filing.  I have been an ECF filer in several federal courts for more than a decade including the District Court for the District of Columbia, the District Court for the District of Nevada, the Court of Appeals for the District of Columbia Circuit, and the Court of Appeals for the Federal Circuit. I am familiar with the Federal Rules of Civil Procedure, the Local Rules and the Practice Rules of Judge Marrero.

Please let me know if I need to do anything further to have my attached motion granted.

Respectfully,

Paul Bilzerian
(813) 26-4973

 Pro se motion ecf filing.pdf
223.6 kB

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

_____

Write the full name of each plaintiff or petitioner.

-against-

_____

_____

Write the full name of each defendant or respondent.

No. _____CV_____

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1.  I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2.  I completed the Court's CM/ECF introduction course[1] on _____.

3.  I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4.  I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5.  I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6.  I know how to convert a document to PDF-A format.

7.  I have regular access to the technical requirements necessary to e-file successfully:

    ☐  a computer with internet access and a word processor

        type of computer I will be using: _____

_____

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

type of word processor I will be using: _____

☐ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

☐ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: _____

☐ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of PDF reader and writer that I will be using:

_____

☐ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

_____
Dated

_____
Signature

_____
Name

_____
Address                              City                         State        Zip Code

_____
Telephone Number

_____
E-mail Address

2

## Acknowledgment of Receipt

From:   Pro Se Filing (pro_se_filing@nysd.uscourts.gov)

To:     pabilzeria@aol.com

Date:   Wednesday, July 9, 2025 at 04:06 PM GMT-4

# IMPORTANT INFORMATION, PLEASE REVIEW

Your email has been received by the Pro Se Intake Unit of the United States District Court for the Southern District of New York.  (This is not the United States Bankruptcy Court.)

Documents from pro se litigants that meet the required standards for electronic filing will be filed and will appear on the ECF docket within two business days of receipt (see required standards below).  If you send your document by email and it is accepted for filing, you should not deliver a hard copy version to the court.

Requirements for Filing a New Action by Email:

- Documents must be attached to the email in PDF format, no larger than 15 megabytes;

- The complaint must be signed by the filing party;

    - Fee requirements and instructions:
    - **Please note that your complaint will not be reviewed until the court receives payment of the filing fees.**

- Payment must be made within 30 days of the date your case is assigned a docket number. If mailing payment, please send a certified check, bank check, or money order to: **Cashiers Room 260, 500 Pearl Street, New York, NY 10007**.

- Your payment must include the docket number, which you can learn by calling (212) 805-0175.

- If you have not consented to e-service, your docket number will also be mailed to you, at the address provided on the complaint, in a form order that will include payment instructions. If you do not make payment within 30 days of the date a docket number is assigned to your case, the action will be dismissed without prejudice.

- If you cannot pay the filing fees and want to request that the court waive the filing fees, you must email an application to proceed *in forma pauperis*.

Filing Documents in an Existing Case by Email:

- Documents must be attached to the email in PDF format, no larger than 10 megabytes;

- The email and attached document must contain the docket number, filer's name, address, and telephone number;

- Documents must be signed by the filing party;

- Any additional comments, questions, or other messages in the email will be disregarded;

- Any additional correspondence included in the email will be disregarded.

For any submission, if your document does not appear on the ECF docket within two business days, it has not met the required standards for electronic filing.  If so, you must submit your document to the court in paper form by (a) sending your document by mail, or overnight delivery service, to the appropriate courthouse listed below; or (b) delivering your document in-person to the appropriate courthouse listed below between the hours of 9:30 AM to 1:30 PM; or (c) depositing your document after hours in the court's night depository box at the 500 Pearl Street, NY, NY courthouse.

United States Courthouse

Pro Se Intake Unit

500 Pearl Street

New York, NY 10007


or


United States Courthouse

Pro Se Intake Unit

300 Quarropas Street

White Plains, NY 10601


Additional resources:

- Complete filing instructions
- Consent to accept service of documents electronically. Please note that, by consenting to electronic service, you will no longer receive documents by postal mail.
- **For free legal advice, you may make an appointment with the City Bar Justice Center Legal Clinic for Pro Se Litigants** by completing the intake form to make an appointment. If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). **Alternatively, you may leave a message with 212-659-6190.**

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

SEC v. Ignite International Brands, et. al. Case No. 1:24-cv-07331

SEC v. Ignite International Brands, et. al. Case No. 1:24-cv-07331

Bilzerian, Paul A.
Name (Last, First, MI)

| P.O. Box 2086 | Basseterre | St. Kitts | 10001 |
|---|---|---|---|
| Address | City | State | Zip Code |

(813) 260-4973                    pabilzeria@aol.com
Telephone Number                    E-mail Address

July 14, 2025                    Paul A. Bilzerian
Date                    Signature

Click Here to Save

Acknowledgment of Receipt

From:   Pro Se Filing (pro_se_filing@nysd.uscourts.gov)

To:     pabilzeria@aol.com

Date:   Monday, July 14, 2025 at 04:51 PM GMT-4

# IMPORTANT INFORMATION, PLEASE REVIEW

Your email has been received by the Pro Se Intake Unit of the United States District Court for the Southern District of New York.  (This is not the United States Bankruptcy Court.)

Documents from pro se litigants that meet the required standards for electronic filing will be filed and will appear on the ECF docket within two business days of receipt (see required standards below).  If you send your document by email and it is accepted for filing, you should not deliver a hard copy version to the court.

Requirements for Filing a New Action by Email:

- Documents must be attached to the email in PDF format, no larger than 15 megabytes;

- The complaint must be signed by the filing party;

  - Fee requirements and instructions:
  - **Please note that your complaint will not be reviewed until the court receives payment of the [filing fees](#).**

- Payment must be made within 30 days of the date your case is assigned a docket number. If mailing payment, please send a certified check, bank check, or money order to: **Cashiers Room 260, 500 Pearl Street, New York, NY 10007**.

- Your payment must include the docket number, which you can learn by calling (212) 805-0175.

- If you have not consented to e-service, your docket number will also be mailed to you, at the address provided on the complaint, in a form order that will include payment instructions. If you do not make payment within 30 days of the date a docket number is assigned to your case, the action will be dismissed without prejudice.

- If you cannot pay the filing fees and want to request that the court waive the filing fees, you must email an [application to proceed *in forma pauperis*](#).

Filing Documents in an Existing Case by Email:

- Documents must be attached to the email in PDF format, no larger than 10 megabytes;

- The email and attached document must contain the docket number, filer's name, address, and telephone number;

- Documents must be signed by the filing party;

- Any additional comments, questions, or other messages in the email will be disregarded;

- Any additional correspondence included in the email will be disregarded.


For any submission, if your document does not appear on the ECF docket within two business days, it has not met the required standards for electronic filing.  If so, you must submit your document to the court in paper form by (a) sending your document by mail, or overnight delivery service, to the appropriate courthouse listed below; or (b) delivering your document in-person to the appropriate courthouse listed below between the hours of 9:30 AM to 1:30 PM; or (c) depositing your document after hours in the court's night depository box at the 500 Pearl Street, NY, NY courthouse.


United States Courthouse

Pro Se Intake Unit

500 Pearl Street

New York, NY 10007


or


United States Courthouse

Pro Se Intake Unit

300 Quarropas Street

White Plains, NY 10601


Additional resources:

- Complete filing instructions
- Consent to accept service of documents electronically. Please note that, by consenting to electronic service, you will no longer receive documents by postal mail.
- **For free legal advice, you may make an appointment with the City Bar Justice Center Legal Clinic for Pro Se Litigants** by completing the intake form to make an appointment. If a litigant has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org) **Alternatively, you may leave a message with 212-659-6190.**

Re: SEC v Ignite International Brands, et al, Case No.: 1:24-cv-07331-VM

From: Paul Bilzerian (pabilzeria@aol.com)

To:    prose@nysd.uscourts.gov

Date:  Monday, July 21, 2025 at 02:11 PM GMT-4

Dear Sir or Madam,

I filed a Motion for Permission to File ECF on July 9, 2025, and I also filed my Consent to Electronic Service on July 14, 2025.  Although your office promptly acknowledged my filings I have never received a substantive response to either.  I have called the office during business hours on multiple occasions and have yet to have anyone answer the phone.  For example, last week I called and the phone rang for 58 consecutive minutes without an answer.  I called earlier today and the phone rang for 20 consecutive minutes without an answer.  I would be grateful if someone could tell me how I could get my Motion for Permission to file ECF granted and my Consent to Electronic Service accepted.  As my Motion indicates I have been an ECF filer in several other federal district courts and federal courts of appeal for well over a decade and have never had an issue obtaining permission or any issues thereafter,

Respectfully,

Paul Bilzerian

On Friday, July 18, 2025 at 04:03:50 PM GMT-4, Paul Bilzerian <pabilzeria@aol.com> wrote:

> Dear Sir or Madam,
>
> Please find attached for filing my Answer to Complaint in the above referenced case.
>
> Please note that I filed a Motion for Permission to File ECF on July 9, 2025, and I also filed my Consent to Electronic Service on July 14, 2025.
>
> Respectfully,
>
> Paul Bilzerian