**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
:
           Plaintiff,  :      24-CV-7331 (VM) (OTW)
:
           -against-  :      **ORDER**
:
IGNITE INTERNATIONAL BRANDS, LTD. et al.,  :
:
           Defendants.  :
:
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

In light of Chief Judge Swain's Amended Standing Order M10-468 (25-mc-433; ECF 3) staying this case, the pending Motion to Intervene and Motion to Stay (ECF 79) is **DENIED AS MOOT**. The parties are directed to file a joint status letter within 30 days following the end of the current Lapse in Appropriations.

The Clerk of Court is respectfully directed to close ECF 79.

**SO ORDERED.**

Dated: October 23, 2025　　　　　　　　　　　　　　　　　　　/s/ Ona T. Wang
　　　　　New York, New York　　　　　　　　　　　　　　　　**Ona T. Wang**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge