**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION    :
                                                              :
                        Plaintiff,               :          24-CV-7331 (VM) (OTW)
                                                              :
            -against-                          :          **ORDER**
                                                              :
IGNITE INTERNATIONAL BRANDS, LTD. et al.,    :
                                                              :
                        Defendants.         :
                                                              :
                                                              :
--------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Today, Judge Marrero referred to me ECF 79, the Government's application to renew its previously submitted motion to intervene and motion to stay. (ECF 93). I previously denied ECF 79 as moot due to the Government shutdown, which has now ended. (ECF 88). Accordingly, all discovery on this case is **STAYED** until **December 19, 2025**, while the Court considers the motions.

In light of the Government's December 5 letter, (ECF 94), Defendants John Schaefer and Paul Dowdall are directed to meet and confer with the United States Attorney's Office regarding their opposition to the Government's motions to intervene <u>and</u> to stay. Defendants Schaefer and Dowdall are further directed to file a joint letter discussing whether their position of the Government's motions, (ECF 79), have changed by **December 10, 2025**. A failure to file anything by December 10 may be deemed a withdrawal of any opposition to ECF 79.

The Court will also take this opportunity to address two additional matters. Firstly, the Court is troubled by the tenor of the letters being filed on the docket. (ECF Nos. 89-92). All parties are directed to review the New York State Bar Association's Standards of Civility,

available at https://nysba.org/wpcontent/uploads/2020/04/Civility-Standards-012420-1.pdf

and conduct themselves accordingly, both between each other and when before the Court.

Finally, it has come to the Court's attention that it has received multiple "courtesy copies" of filings made in this case by email. The parties are directed to refer Section X of my Individual Rules and Practices in Civil Cases with respect to such "courtesy copies" in the future, which applies both to hardcopy and email submissions.

The Government is directed to serve a copy of this letter on *pro se* Defendant Paul Blizerian at his last known address and file proof of such service on the docket by **December 9, 2025.**

**SO ORDERED.**

_/s/  Ona T. Wang_

Dated: December 5, 2025                         **Ona T. Wang**
        New York, New York                      United States Magistrate Judge