**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION    :
                                                                         :
            Plaintiff,                                       :                    24-CV-7331 (VM) (OTW)
                                                                         :
      -against-                                       :                    **ORDER**
                                                                         :
IGNITE INTERNATIONAL BRANDS, LTD. et al.,    :
                                                                         :
           Defendants.                                  :
                                                                         :
                                                                         :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed the Government's letter at ECF 102. While the renewed motions to intervene and to stay discovery in this case remain pending before the Court, all deposition discovery is **STAYED**.

The Government is directed to file a status letter on **March 27, 2026**, and the last business Friday of every month thereafter, to inform the Court on the status of the related criminal case. The Government is further directed to file a letter notifying the Court that the related criminal case has been resolved within 48 hours of its resolution.

     **SO ORDERED.**

 

 

                                                   /s/  Ona T. Wang

Dated: March 17, 2026                                                   **Ona T. Wang**
      New York, New York                                        United States Magistrate Judge