| | |
|---|---|
| **From:** | Canter, Charles |
| **To:** | Danny Cevallos |
| **Cc:** | Paul Bilzerian; Brooks T. Westergard; Jacob S. Frenkel |
| **Subject:** | RE: SEC v Ignite, et al. - Reduced Unavailable Dates for S. Rohleder, I.I., Attorney Cevallos |
| **Date:** | Monday, March 9, 2026 4:04:35 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image007.png |
| | image008.png |
| | Ntc of Depo - Paul Dowdall.pdf |
| | Ntc of Depo - Int"l Investments.pdf |
| | Ntc of Depo - Paul Bilzerian.pdf |
| | Ntc of Depo - John Schaefer.pdf |
| | Ntc of Depo - Scott Rohleder.pdf |
| | Ntc of Depo - Ignite.pdf |



All,

Here is a proposed schedule. **Bold** entries are depositions to taken by the SEC. *Italicized* entries are depositions to be taken by defendants.

March 24 – *Zach Gleason, Phoenix, AZ*
March 26 – *Sonny Baig, Utah (?)*

March 30 – **John Schaefer, FWRO**
March 31 – **Ignite 30(b)(6), FWRO**

April 7 – *Kyle Bonello, Tampa, FL*
April 8 – *Chris Hiestand, Tampa, FL*
April 9 – *Santo Carbone, Tampa, FL*  (I am unavailable this week, but I hope to have a second trial counsel assigned to cover these depositions.)

April 14 – **Scott Rohleder, Raleigh, NC (USAO)**

April 30 – *Lorena Abarca, Los Angeles, CA* (LARO is available at defendants' request)

May 5 – **Paul Bilzerian, St. Kitts**
May 6 – **Gregory Gilpin-Payne, St. Kitts**
May 7 – **International Investments 30(b)(6), St. Kitts**

May 14 – **Paul Dowdall, Toronto, ON**
May 15 – *Paul Rhodes, Toronto, ON*

Attached for service are notices for each of the defendants' depositions. For the depositions outside the United States, the locations are approximate. As soon as I have precise locations, I will amend the notices. Finally, based on our call and the emails below, my understanding is that Mr. Gilpin-Payne is agreeing to be deposed in his personal capacity. Please confirm that is correct. If that is not correct, please let me know, and I will begin seeking issuance of process for his deposition in St. Kitts.

Of course, this proposed schedule is subject to witness availability. Given defendants' stated desire to keep the current case management deadlines in place, I assume defendants will begin issuing third-party subpoenas soon.

-Charles


**Charles Canter**
Senior Trial Counsel
Los Angeles Regional Office