**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 27, 2026

**BY ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    *SEC v. Ignite International Brands, Ltd., et al.*, No. 24 Civ. 7331 (VM) (OTW)

Dear Judge Wang:

On March 17, 2026, the Court stayed all deposition discovery pending resolution of the Government's renewed motions to intervene and stay discovery. (Dkt. 103.) The Court further ordered the Government to file a status letter on March 27, 2026, and on the last business Friday of every month thereafter, to inform the Court of the status of the related criminal case (*United States v. Paul Bilzerian, et al.*, No. 24 Cr. 569 (MEMF) (C.D. Cal.) (the "Criminal Case")). (*Id.*)

At the request of defendants Ignite International Brands, Ltd. ("Ignite") and Scott Rohleder ("Rohleder"), the Honorable Maame Ewusi-Mensah Frimpong, United States District Judge for the Central District of California, adjourned the trial in the Criminal Case to October 19, 2026. The Government has informed counsel for defendants Ignite and Rohleder in the Criminal Case that the Government is unlikely to consent to further requests to adjourn the trial.

In addition, the Government has been informed that defendant Paul Bilzerian was arrested on or about March 24, 2026, by authorities in Saint Kitts and Nevis, on the Government's request that he be extradited to the United States to face the charges in the Criminal Case. Extradition proceedings in Saint Kitts and Nevis are underway.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:  _____/s/_____
    Samuel P. Rothschild
    Assistant United States Attorney
    (212) 637-2504

cc:    All Counsel of Record (by ECF and email)
       Paul Bilzerian (by email)