**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 29, 2026

**BY ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      **Re:**    *SEC v. Ignite International Brands, Ltd., et al.*, **No. 24 Civ. 7331 (VM) (OTW)**

Dear Judge Wang:

On March 17, 2026, the Court ordered the Government to file a status letter on March 27, 2026, and on the last business Friday of every month thereafter, to inform the Court on the status of the related criminal case (*United States v. Paul Bilzerian, et al.*, No. 24 Cr. 569 (MEMF) (C.D. Cal.) (the "Criminal Case")).  (Dkt. 103.)

As noted in the Government's previous status update, at the request of defendants Ignite International Brands, Ltd. ("Ignite") and Scott Rohleder ("Rohleder"), the Honorable Maame Ewusi-Mensah Frimpong, United States District Judge for the Central District of California, adjourned the trial in the Criminal Case to October 19, 2026, and the Government informed counsel for defendants Ignite and Rohleder in the Criminal Case that the Government is unlikely to consent to further requests to adjourn the trial.

In addition, the Government has been informed that defendant Paul Bilzerian has retained counsel and negotiated a bond agreement with authorities in Saint Kitts and Nevis pending extradition proceedings to the United States for the Criminal Case.

                  Respectfully submitted,

                  JAY CLAYTON
                  United States Attorney

By:        /s/
                  Samuel P. Rothschild
                  Assistant United States Attorney
                  (212) 637-2504

cc:    All Counsel of Record (by ECF and email)
       Paul Bilzerian (by email)