

Admitted:
New York
New Jersey
Pennsylvania
U.S. Virgin Islands
Dist. Ct. Puerto Rico

**Daniel Cevallos, Esquire**
60 Broad Street, Suite 2900
New York, NY 10004
P: 917.699.5008
www.CevallosWong.com
Danny@CevallosWong.com

June 8, 2026

The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The Honorable Ona T. Wang
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *SEC v Ignite, Int'l Investments, et. al*, No. 1:24-cv-07331-VM-OW
California Criminal Case: *U.S. v Bilzerian, et al.*, 24-cr-569 (MEMF) (C.D.Cal.)

Dear Judge Marrero and Judge Wang:

My firm represents defendants Scott Rohleder ("Rohleder") and International Investments, Ltd. ("I.I.") in the above-referenced civil action. I write respectfully in response to the Government's May 29, 2026, status letter filed (ECF 124), and for the limited purpose of correcting one factual matter set forth in that letter concerning defendant Paul Bilzerian. The Government's letter advises the Court that it has "been informed" that Mr. Bilzerian "has retained counsel and negotiated a bond agreement with authorities in Saint Kitts and Nevis" pending extradition proceedings to the United States. (ECF 124 at 1.) Rohleder and I.I. take no position on the extradition proceedings or on the criminal case. They write solely because the quoted characterization, read on its own, may leave the Court with an incomplete impression of Mr. Bilzerian's circumstances during the relevant period. The undersigned does not represent Mr. Bilzerian, who appears pro se in this action. In preparing this letter, I rely upon information communicated to me directly by Mr. Bilzerian.

Specifically, Mr. Bilzerian informed defense counsel that, from March 24, 2026 until May 28, 2026, he was in custody and/or confined in Saint Kitts; that throughout this period he had no access to his computer, his telephone, or his files; that the only persons with whom he was able to communicate were his Saint Kitts attorneys; and that only toward the end of his confinement were those attorneys able to patch in attorney David Schoen on their calls, with Mr. Schoen unable to telephone Mr. Bilzerian directly and Mr. Bilzerian likewise unable to telephone Mr. Schoen. The undersigned is not in a position to verify these representations independently and offers them only as Mr. Bilzerian has described them. Rohleder and I.I. respectfully submit them so that, to the extent the Court has occasion to consider Mr. Bilzerian's recent activity in Saint Kitts, it may do so with the benefit of his account that he was confined and largely without means of communication for that period of approximately two months, rather than at liberty and freely attending to his affairs. Rohleder and I.I. seek no relief and take no position on the status of the criminal case beyond the limited clarification set forth above. They wish only to correct the factual record. We thank the Court for its consideration.

Respectfully Submitted,

By: _____
Daniel L. Cevallos, Esq.



CC:

Parties
Charles Canter, Esq. (SEC)
Jacob Frenkel, Esq. (Ignite, Dowdall, Schaefer)
Paul Bilzerian (*pro se*)

Nonparties (courtesy copy)
AUSA Samuel Rothschild; AUSA
Samuel P. Rothschild

### Affirmation of Service

The undersigned hereby affirms that on the below date, he e-filed the foregoing via electronic case filing ("ECF"), which will send a notice of electronic filing ("NEF") to all counsel/parties of record, including SEC, who have appeared or registered for ECF / PACER, and by e-mail to nonparties USAOs. Counsel will also separately e-mail a copy of the foregoing to nonparty USAO.

Dated: <u>June 8, 2026</u>

By:_____
Daniel L. Cevallos, Esq.