

Admitted:

New York
New Jersey
Pennsylvania
U.S. Virgin Islands
Dist. Ct. Puerto Rico

**Daniel Cevallos, Esquire**
60 Broad Street, Suite 2900
New York, NY 10004
P: 917.699.5008
www.CevallosWong.com
Danny@CevallosWong.com

June 17, 2026

The Honorable Ona T. Wang
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> *Re: SEC v Ignite, Int'l Investments, et. al*, No. 1:24-cv-07331-VM-OTW
> California Criminal Case: *U.S. v Bilzerian, et al*., 24-cr-569 (MEMF) (C.D.Cal.)
> **Defendants' Letter-Motion Requesting to Adjourn the June 22, 2026 Status Conference**

Dear Judge Wang:

My firm represents defendants International Investments, Ltd. ("I.I.") and Scott Rohleder in the above-referenced civil action. On behalf the appearing defendants (all defendants except self-represented Mr. Bilzerian), we respectfully request that the Court **adjourn** the in-person status conference currently scheduled for Monday, June 22, 2026 [ECF 122], and either hold it in abeyance until the stay of this action is lifted or, in the alternative, permit counsel to submit mutually available dates for a rescheduled conference. This request is made as a letter-motion pursuant to Your Honor's Individual Practices § II.e.

The Securities and Exchange Commission (the "SEC") does <u>not</u> consent to this request, and the proposed intervenor, the United States, does <u>not</u> join in it; their positions are addressed in Section 1(4) below.

## 1. DISCLOSURES REQUIRED BY § II.E.

(1) Original date and the ruling that set it. The status conference is presently scheduled for June 22, 2026. ECF 122. The conference was directed by the Court's April 16, 2026 Opinion and Order, which stayed all proceedings *sine die* "pending a status conference," and the parties thereafter proposed three dates (May 6, June 18, and June 22, 2026) in their April 22, 2026 joint status letter. (ECF Nos. 118, 119.)

(2) Number of previous requests. [None, for this conference].

(3) Disposition of previous requests. [Not applicable for this conference].

(4) Adversary consent. This request is made jointly by the appearing defendants. The SEC does not consent to the requested adjournment. While the SEC opposes adjournment for the reasons stated below, SEC agrees that the motion to sever may be decided on the briefs. The proposed intervenor, the United States, does not join in this request. Self-represented defendant Paul Bilzerian did not participate in the meet-and-confer, because defendants have no means of communication with him.



## 2. SEC'S POSITION

The SEC has asked that its position be stated as follows: According to SEC, both the order staying the case and the memo endorsement setting the status conference contemplated that the case would be stayed and that any motion to sever would be fully briefed. Moreover, SEC argues that given the status reports filed by the United States, the Court understood that Mr. Bilzerian's attendance was unlikely. SEC notes that the Court ordered only that "all counsel" attend in person. In accordance with the Court's prior order, SEC counsel from California plans to be in New York for the status conference on Monday. To the extent the non-criminal Defendants still seek severance and still argue that they are prejudiced by the stay, the SEC's position is that the status conference should go forward as scheduled to address any matters the Court wishes to take up.

## 3. GROUNDS FOR THE REQUESTED ADJOURNMENT

### A. Action is Stayed

First, this action is stayed. By its April 16, 2026 Opinion and Order, the Court granted the United States' motion to intervene and stayed all proceedings *sine die* during the pendency of the related criminal case, *United States v. Bilzerian, et al.*, No. 24-cr-569 (MEMF) (C.D. Cal.), in which trial is set for October 19, 2026. (ECF Nos. 118, 124.) Because discovery and all other proceedings are stayed, the defendants respectfully submit that convening a status conference now would be premature, and that the more orderly course is to reschedule it after the stay is lifted.

### B. Severance Motion fully briefed; no need for conference to discuss whether severance motion will be filed

Second, the principal subject the conference was set to address has been overtaken by events. The Court directed that the conference address "whether Dowdall, Schaefer, and International Investments would still consider moving for severance." (ECF No. 118.) The Severance Defendants have since filed that motion. It was filed on May 15, 2026 (ECF Nos. 123, 123-1, 123-2), the SEC filed its opposition on May 29, 2026 (ECF No. 125), and the Severance Defendants have replied. Because the motion is now before the Court and can be decided on the papers, a conference to discuss whether such a motion would be made is no longer necessary.

### C. Counsel, parties located outside district; No communication with Mr. Bilzerian

Third, all counsel other than the undersigned are located outside this District, and one defendant is presently unavailable. Counsel for the SEC are in the Commission's Los Angeles Regional Office in Los Angeles, California; the Assistant United States Attorneys for the Central District of California are in Los Angeles; and counsel for Ignite, Mr. Schaefer, and Mr. Dowdall (Dickinson Wright PLLC) are in Washington, D.C. The undersigned is the only counsel of record located within this District, and the parties have previously requested that counsel be permitted to appear remotely. (ECF No. 119.)

In addition, defendants have been unable to communicate with Mr. Bilzerian, and it is believed he could not appear at an in-person conference on Monday.



For these reasons, the defendants *respectfully* request that the Court **adjourn** the June 22, 2026 status conference and hold it in abeyance pending the lifting of the stay. In the alternative, and consistent with § II.e, counsel will promptly meet and confer and submit at least two mutually available alternative dates falling in consecutive weeks.

### 4. ALTERNATIVE REQUEST: COUNSEL FOR IGNITE, SCHAEFER, DOWDALL TO APPEAR TELEPHONICALLY OR VIRTUALLY

If the Court is not inclined to vacate and/or reschedule the status conference, Brooks Westergard and Jacob Frenkel, of the law firm Dickinson Wright, counsel for Defendants **Ignite**, **Schaefer**, and **Dowdall**, respectfully request that they be permitted to appear telephonically at the status conference. Attorney Jacob Frenkel will be in Atlanta, Georgia for investigative testimony on a separate matter, and Attorney Brooks Westergard is based in Reno, Nevada. In-person appearance for the status conference would cause Defendants to incur substantial costs associated with travel and lodging, which could be avoided if counsel is permitted to appear via remote means.

Respectfully Submitted,

By:_____

Daniel L. Cevallos, Esq.
Cevallos & Wong LLP
*Attorneys for*
*International Investments and*
*Scott Rohleder*

CC:
<u>Parties</u>
Charles Canter, Esq. (SEC)
Kathryn Wanner, Esq. (SEC)
Jacob Frenkel, Esq. (Ignite, Dowdall, Schaefer)

<u>Nonparties (courtesy copy)</u>
AUSA Samuel Rothschild;
AUSA Jason Pang



retained counsel in St. Kitts. The Government has served the Order on one of Mr. Bilzerian's attorneys in St. Kitts, Derriann Charles, and the Government will separately file a proof of service.

The Court will proceed with an in-person status conference on June 22, 2026 at 9AM. All counsel shall attend in person with the exception of the CDCA AUSA(s), who may attend by phone.

Counsel for International Investmts, Schaefer, and Dowdall, who have indicated they wish to move for severance, are directed to file their motion for severance on the following schedule:

Motion for severance: MAY 15
Opposition briefs: MAY 29
Replies if any: JUNE 5

So Ordered.            April 30, 2026

Respectfully submitted,

/s/ Kathryn C. Wanner
Kathryn C. Wanner
Charles E. Canter
Trial Counsel
Counsel for Securities and
Exchange Commission

/s/ Jacob S. Frenkel
Jacob S. Frenkel
DICKINSON WRIGHT PLLC
Counsel for Defendants Ignite International
Brands Ltd., John Schaefer, and Paul
Dowdall

/s/ Daniel L. Cevallos
Daniel L. Cevallos
CEVALLOS & WONG LLP
Counsel for Defendants Scott Rohleder and
International Investments Ltd.

/s/ Samuel P. Rothschild
Samuel P. Rothschild
Assistant United States Attorney
Southern District of New York
Jason Pang
David Lachman
Assistant United States Attorneys
Central District of California
Counsel for Intervenor the United States
Department of Justice

*Image 1: ECF 122*

C&W   CEVALLOS
      & WONG LLP

**<u>Affirmation of Service</u>**

The undersigned hereby affirms that on the below date, he e-filed the foregoing via electronic case filing ("ECF"), which will send a notice of electronic filing ("NEF") to all counsel/parties of record, including SEC, who have appeared or registered for ECF / PACER, and by e-mail to nonparties USAOs. Counsel will also separately e-mail a copy of the foregoing to nonparty USAO.

Dated: <u>June 17, 2026</u>

By:_____
Daniel L. Cevallos, Esq.