**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 26, 2026

**BY ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

     **Re:**    *SEC v. Ignite International Brands, Ltd., et al.*, No. 24 Civ. 7331 (VM) (OTW)

Dear Judge Wang:

On March 17, 2026, the Court ordered the Government to file a status letter on March 27, 2026, and on the last business Friday of every month thereafter, to inform the Court on the status of the related criminal case (*United States v. Paul Bilzerian, et al.*, No. 24 Cr. 569 (MCS) (C.D. Cal.) (the "Criminal Case")).  (Dkt. 103.)

At the request of defendants Ignite International Brands, Ltd. ("Ignite") and Scott Rohleder ("Rohleder"), the Honorable Maame Ewusi-Mensah Frimpong, United States District Judge for the Central District of California, adjourned the trial in the Criminal Case to October 19, 2026.  On June 22, 2026, the Criminal Case was transferred to the Honorable Mark C. Scarsi, United States District Judge for the Central District of California, due to Judge Frimpong's unavailability to conduct the trial on October 19.

In addition, the Government has been informed that defendant Paul Bilzerian has been charged in a separate case by authorities in Saint Kitts and Nevis.  Defendant Bilzerian is still pending extradition proceedings to the United States for the Criminal Case.

     Respectfully submitted,

     JAY CLAYTON
     United States Attorney

By:         /s/
     Samuel P. Rothschild
     Assistant United States Attorney
     (212) 637-2504

cc:     All Counsel of Record (by ECF and email)
       Paul Bilzerian (by email)