**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 3, 2026

**By ECF**
The Honorable Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    *SEC v. Ignite International Brands, Ltd., et al.*, No. 24 Civ. 7331 (VM) (OTW)

Dear Judge Wang:

The Government respectfully writes to update the Court on the status of the related criminal case (*United States v. Paul Bilzerian, et al.*, No. 24 Cr. 569 (MCS) (C.D. Cal.) (the "Criminal Case")).[1]

The Criminal Case remains scheduled for trial on October 19, 2026, before the Honorable Mark C. Scarsi, United States District Judge for the Central District of California, and defendant Paul Bilzerian, who faces charges in a separate case by authorities in Saint Kitts and Nevis, is still pending extradition proceedings to the United States for the Criminal Case.

Respectfully submitted,

JAMES M. McDONALD
United States Attorney

By:    *Samuel P. Rothschild*
_____
Samuel P. Rothschild
Assistant United States Attorney
(212) 637-2504

cc:    All Counsel of Record (by ECF and email)
        Paul Bilzerian (by email)

---

[1] The Government apologizes for failing to submit this update on Friday, July 31, 2026.