**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 31, 2026

**By ECF**
The Honorable Ona T. Wang
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

**Re: *SEC v. Ignite International Brands, Ltd., et al.*, No. 24 Civ. 7331 (VM) (OTW)**

Dear Judge Wang:

Pursuant to the Court's August 24, 2026 directive (Dkt. 132), the Government respectfully submits this letter on behalf of the parties to inform the Court of the status of the related criminal case (*United States v. Paul Bilzerian, et al.*, No. 24 Cr. 569 (MCS) (C.D. Cal.) (the "Criminal Case")).

The Government offers the following update: The Criminal Case remains scheduled for trial on October 19, 2026, before the Honorable Mark C. Scarsi, United States District Judge for the Central District of California. On August 25, 2026, Judge Scarsi set a conference for August 31, 2026, to address potential conflicts by counsel for defendants Ignite International Brands, Ltd., and Scott Rohleder in the Criminal Case (not counsel in this SEC litigation), among other matters that may impact the October 19 trial date. In addition, defendant Paul Bilzerian, who faces charges in a separate case by authorities in Saint Kitts and Nevis, is still pending extradition proceedings to the United States for the Criminal Case.

Paul Bilzerian offers the following update: Mr. Bilzerian plans to attend the trial on October 19, 2026, in the event his pending motion to dismiss the indictment is denied.

The other parties have informed the Government that they have no additional updates.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: Samuel P. Rothschild
Samuel P. Rothschild
Assistant United States Attorney

cc: All Counsel of Record (by ECF and email)
Paul Bilzerian (by email)